No. 88–849. ACTION ALLIANCE OF SENIOR CITIZENS OF GREATER PHILADELPHIA ET AL. *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Dole* v. *Steelworkers, ante,* p. 26. ■

(See also No. 65, Orig., *ante,* p. 111.)

No. D–816. IN RE DISBARMENT OF CHANDLER. Disbarment entered. [For earlier order herein, see 493 U. S. 949.]

No. D–818. IN RE DISBARMENT OF SAUL. Disbarment entered. [For earlier order herein, see 493 U. S. 949.]

No. D–829. IN RE DISBARMENT OF ISIS. Disbarment entered. [For earlier order herein, see 493 U. S. 961.]

No. D–834. IN RE DISBARMENT OF RAIKOS. Disbarment entered. [For earlier order herein, see 493 U. S. 961.]

No. D–836. IN RE DISBARMENT OF EVANS. Disbarment entered. [For earlier order herein, see 493 U. S. 972.]

No. D–841. IN RE DISBARMENT OF FARLEY. Disbarment entered. [For earlier order herein, see 493 U. S. 973.]

No. D–863. IN RE DISBARMENT OF MORRIS. It is ordered that Jerrold L. Morris, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–864. IN RE DISBARMENT OF ROCKER. It is ordered that Jonathan Samuel Rocker, of Cleveland, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.